# DESMARAIS LLP

www.desmaraisllp.com

230 Park Avenue
New York, NY 10169

Jason Berrebi
Direct: 212-351-3410
jberrebi@desmaraisllp.com

RECEIVED
MAY 27 2011
Office of the General  P: 212-351-3400
                       F: 212-351-3401

May 26, 2011

**By Federal Express**
Mr. Dorian Daley
General Counsel
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

Re:     *Oasis Research, LLC Patent Licensing*

Dear Mr. Daley,

We represent Oasis Research, LLC ("Oasis"), which owns several online services and technology patents (see attached table), including patents relating to software-as-a-service ("SAAS"). We understand that Oracle Corporation ("Oracle") is actively utilizing and benefiting from technologies and features covered by Oasis' patents. For example, it is our understanding that Oracle is offering for sale, selling, maintaining, and supporting various online fee-based SAAS products, including but not limited to Oracle on Demand and Oracle CRM on Demand. Such activities by Oracle infringe at least Oasis' U.S. Patent Nos. 6,327,579 and 7,080,051. Enclosed please find courtesy copies of those patents.

In bringing this matter to your attention we want to reassure you that our intention is to allow Oracle continue its use of these patents through a license from Oasis. To that end, we would like to arrange a meeting with representatives of Oracle to discuss these patents and licensing terms. I can be contacted by telephone at (212) 351-3410 or via email at jberrebi@desmaraisllp.com.

Very truly yours,

Jason Berrebi

Enclosures

## Table of Patents

| U.S. Patent Number | Patent Title | Assignee | Issue Date |
|---|---|---|---|
| 5,771,354 | Internet Online Backup System Provides Remote Storage For Customers Using IDs And Passwords Which Were Interactively Established When Signing Up For Backup Services | Oasis Research, LLC | June 23, 1998 |
| 5,901,228 | Commercial Online Backup Service That Provides Transparent Extended Storage To Remote Customers Over Telecommunications Links | Oasis Research, LLC | May 4, 1999 |
| 6,014,651 | Commercial Online Software Distribution Systems And Methods Using Encryption For Security | Oasis Research, LLC | January 11, 2000 |
| 6,327,579 | Online Computer Services Including Help Desk, Anti-virus And/Or Application Service Features | Oasis Research, LLC | December 4, 2001 |
| 6,411,943 | Internet Online Backup System Provides Remote Storage For Customers Using IDs And Passwords Which Were Interactively Established When Signing Up For Backup Services | Oasis Research, LLC | June 25, 2002 |
| 7,080,051 | Internet Download Systems And Methods Providing Software To Internet Computer Users For Local Execution | Oasis Research, LLC | July 18, 2006 |