IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE AMERICA, INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>OASIS RESEARCH, LLC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  C.A. No.11-679 (ER)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b)(1), Plaintiffs Oracle Corporation and Oracle America, Inc. demand a trial by jury of all issues triable by jury in this matter.

                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                           */s/ Mary B. Graham*
                           Mary B. Graham (#2256)
                           1201 N. Market Street
                           P.O. Box 1347
                           Wilmington, DE  19899-1347
                           (302) 658-9200
                           mgraham@mnat.com
                              *Attorneys for Oracle Corporation*
                              *and Oracle America, Inc.*

OF COUNSEL:

Steven Cherny
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Mike W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
(213) 680-8400

Kimberly Schmitt
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
(415) 439-1400

Harper Batts
Roy Wang
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 859-7000

August 16, 2011
4434061