## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 11-cv-679 (ER) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| OASIS RESEARCH, LLC ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs, Oracle Corporation and Oracle America, Inc. (collectively "Plaintiffs"), and Defendant, Oasis Research, LLC ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until September 26, 2011 to answer or otherwise respond to the Complaint.

DATED: August 22, 2011

Respectfully submitted,

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

FARNAN LLP

By:/s/ Mary B. Graham
Mary B. Graham (Bar No. 2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
mgraham@mnat.com

By:/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Counsel for Plaintiffs*

*Counsel for Defendant*

SO ORDERED THIS ____ day of August, 2011.

_____
United States District Court Judge