IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br>v.<br><br>OASIS RESEARCH, LLC,<br>              Defendant. | )<br>)<br>)<br>) C.A. No. 1:11-cv-00679-ER<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, ALTERNATIVELY, TRANSFER TO THE EASTERN DISTRICT OF TEXAS**

Defendant, Oasis Research, LLC ("Oasis"), by and through its undersigned counsel, hereby moves to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted or, alternatively, transfer this action to the Eastern District of Texas. The grounds for the Motion are fully set forth in Plaintiff's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted or, Alternatively, Transfer to the Eastern District of Texas.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action or, alternatively, transferring it to the Eastern District of Texas.

Respectfully submitted,

Date: September 27, 2011

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Of Counsel:

Alan S. Kellman
Tamir Packin
Jason Berrebi
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)
akellman@desmaraisllp.com
tpackin@desmaraisllp.com
jberrebi@desmaraisllp.com

*Counsel for Defendant*