# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| Oasis Research, LLC, | |
| Plaintiff, | Civil Action No. 4:10-cv-00435-MHS-ALM |
| v. | JURY TRIAL DEMANDED |
| AT&T CORP., SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, CARBONITE, INC., EMC CORP., DECHO CORP., IOMEGA CORP., GODADDY.COM, INC., IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., NIRVANIX, INC., OFFICEWARE CORP. d/b/a/ FILESANYWHERE.COM, and PRO SOFTNET CORP., | |
| Defendants. | |

### FIRST AMENDED COMPLAINT

Plaintiff OASIS RESEARCH, LLC, by its attorneys, hereby complains against Defendants AT&T CORP., SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES, CARBONITE, INC., EMC CORP., DECHO CORP., IOMEGA CORP., GODADDY.COM, INC., IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., NIRVANIX, INC., OFFICEWARE CORP. d/b/a FILESANYWHERE.COM, and PRO SOFTNET CORP. as follows:

## PARTIES

1.     Plaintiff OASIS RESEARCH, LLC, ("OASIS") is a Delaware Limited Liability Company, which previously had its principal place of business at 104 E. Houston Street, Suite 190, Marshall, TX 75670.  Oasis' current mailing address is 4455 Camp Bowie Boulevard, Suite 114, PMB 74, Fort Worth, TX 76107.

2.     On information and belief, Defendants AT&T CORP. and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES are wholly owned subsidiaries of AT&T INC., and are Corporations established under the laws of the State of Delaware, with a principal place of business at 208 South Akard Street, Dallas, Texas 75202. AT&T CORP. and SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES (collectively "AT&T") may be served with process by serving their registered agent, CT Corporation System, 350 North S. Paul Street, Suite 2900, Dallas, TX 75201.

3.     On information and belief, Defendant CARBONITE, INC. ("CARBONITE") is a Corporation established under the laws of the State of Delaware, with its principal place of business at 334 Boylston Street, 3rd Floor, Boston, MA 02116.  CARBONITE may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

4.     On information and belief, Defendant EMC CORP. is a Corporation established under the laws of the State of Massachusetts, with its principal place of business at 176 South Street, Hopkinton, MA 01748.  On information and belief, Defendant DECHO CORP. is a wholly owned subsidiary of EMC CORP., and is a Corporation established under the laws of the State of Delaware, with its principal place of business at Word Trade Center East, 2211 Elliott Ave., Suite 300, Seattle, WA 98121.  On information and belief, IOMEGA CORP. is a wholly owned subsidiary of EMC CORP., and is a Corporation established under the laws of the State of Delaware, with its principal place of business at 10955 Vista Sorrento Parkway, San Diego, CA 92130 (EMC CORP., DECHO CORP., and IOMEGA CORP. are collectively referred to as

2