# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:10-cv-00435 |
| AT&T CORP., ET AL., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

### ORDER GRANTING
### JOINT MOTION TO EXTEND CERTAIN CLAIM CONSTRUCTION DEADLINES

CAME ON FOR HEARING the parties' Joint Motion to Extend Certain Claim Construction Deadlines. The Court has considered the briefing of the parties and has decided to grant the motion.

It is, therefore, ORDERED that the First Amended Scheduling/Docket Control Order (Docket # 205) as amended by the Court on August 19, 2011 (Docket #276), is modified as follows:

| | |
|---|---|
| (1) Exchange proposed terms for construction (P.R. 4-1): | September 27, 2011 |
| (2) Exchange preliminary claim construction and extrinsic evidence (P.R. 4- 2): | October 11, 2011 |
| (3) Joint Claim Construction and Prehearing Statement (P.R. 4-3): | October 26, 2011 |
| (4) Deadline to file required tutorial: | October 26, 2011 |
| (5) Deadline to file agreed list of proposed technical advisors: | October 26, 2011 |

**SIGNED this 15th day of September, 2011.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE