# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Oasis Research, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADRIVE LLC, et al., <br><br> Defendants. | Civil Action No. 4:10cv435-MHS-ALM <br><br> JURY TRIAL DEMANDED |

## OASIS RESEARCH, LLC'S ANSWER TO DEFENDANT CARBONITE, INC.'S COUNTERCLAIMS

Plaintiff Oasis Research, LLC ("Oasis") hereby replies to the counterclaims raised by Defendant Carbonite, Inc. ("Carbonite") in its Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims ("Counterclaims") and alleges as follows:

### PARTIES

COUNTERCLAIM PARAGRAPH 1:

Carbonite, Inc. ("Carbonite") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 117 Huntington Avenue, Boston, MA 02115.

ANSWER TO COUNTERCLAIM PARAGRAPH 1:

Upon information and belief, admitted.

COUNTERCLAIM PARAGRAPH 2:

On information and belief, Plaintiff Oasis Research, LLC ("Oasis") is a Delaware Limited Liability Company, with its principal place of business at 104 E. Houston Street, Suite 190, Marshall, Texas 75670.

ANSWER TO COUNTERCLAIM PARAGRAPH 2:

Oasis is a Delaware Limited Liability Company, formerly with a principal place of business at 104 E. Houston Street, Suite 190, Marshall, Texas 75670. Oasis' current mailing address is 4455 Camp Bowie Boulevard, Suite 114, PMB 74, Fort Worth, TX 76107.

**JURISDICTION AND VENUE**

COUNTERCLAIM PARAGRAPH 3:

The counterclaims include claims for declaratory judgment of patent noninfringement and patent invalidity, and jurisdiction is proper under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, the Patent Laws of the United States, 35 U.S.C. §§ 1 et seq., concerning actions related to patents, and 28 U.S.C. §§ 1331, 1332, and 1338.

ANSWER TO COUNTERCLAIM PARAGRAPH 3:

Oasis admits that it has sued Carbonite, among other Defendants, for patent infringement. Oasis admits that Carbonite purports to bring counterclaims for declaratory judgment of patent noninfringement and patent invalidity, and that this Court has jurisdiction over such counterclaims, but denies that Carbonite has any factual or legal basis for those counterclaims.

COUNTERCLAIM PARAGRAPH 4:

Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

COUNTERCLAIM PARAGRAPH 4:

Admitted.

COUNTERCLAIM PARAGRAPH 5:

This Court has personal jurisdiction over Oasis by virtue, of *inter alia*, Oasis filing the Complaint against Carbonite in this Court.

ANSWER TO COUNTERCLAIM PARAGRAPH 5:

Oasis admits that this Court has personal jurisdiction over Oasis.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of the '354 Patent

COUNTERCLAIM PARAGRAPH 6:

Carbonite repeats and incorporates by reference its allegations contained in Paragraphs 1-5 as if fully set forth herein.

ANSWER TO COUNTERCLAIM PARAGRAPH 6:

Oasis repeats and incorporates by reference its responses to the allegations in Paragraphs 1-5.

COUNTERCLAIM PARAGRAPH 7:

Oasis alleges in the First Amended Complaint that it is the assignee of and has certain rights to the '354 patent.

ANSWER TO COUNTERCLAIM PARAGRAPH 7:

Admitted.

COUNTERCLAIM PARAGRAPH 8:

Oasis claims that Carbonite has infringed, contributed to the infringement of and/or actively induced others to literally and/or under the doctrine of equivalents infringe one or more of the claims of the '354 patent by having made, made on its behalf, designed, offered for sale, sold, provided, used, maintained and supported online backup/storage services.