# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Oasis Research, LLC,

    Plaintiff,

v.

ADRIVE LLC, et al.,

    Defendants.

Civil Action No. 4:10cv435-MHS-ALM

## DECLARATION OF CHRISTOPHER M. CRAWFORD

I, Christopher M. Crawford, declare as follows:

1. I am over the age of 18 years old and competent to testify in this matter. I make this declaration based upon my own personal knowledge. I am the inventor of United States Patent Number 5,771,354, United States Patent Number 5,901,228, United States Patent Number 6,411,943, and United States Patent Number 7,080,051.
2. I currently reside in Breckenridge, Colorado.
3. Since approximately May, 2007 I have been represented by Mr. John H. McDowell, Jr. in connection with my sale of the above-listed patents and related issues. Mr. McDowell is currently a member of K&L Gates LLP, located at 1717 Main Street, Suite 2800, Dallas, Texas 75201. When I first retained Mr. McDowell, he was a member of the law firm of Hughes & Luce LLP, which was located at the same address.
4. Mr. McDowell is in possession of most, if not all, of my original physical documents related to the above-listed patents. The documents are kept at 1717 Main Street, Suite 2800, Dallas, Texas 75201.
5. I am willing to subject myself to the subpoena power of this Court and will appear at deposition and/or trial if subpoenaed to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of December 2010, in Sedalia, Colorado.

Christopher M. Crawford