IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and ORACLE AMERICA, INC., | : : : | CIVIL ACTION NO. 11-679-ER |
| Plaintiffs, | : : | |
| v. | : : | |
| OASIS RESEARCH, LLC, | : : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **3rd** day of **November, 2011**, it is hereby

**ORDERED** as follows:

1. The hearing scheduled for November 18, 2011, is **CANCELLED**;[1]

2. A hearing is **SCHEDULED** on **December 1, 2011, at 2:00 p.m.**, to consider Defendant's renewed motion to dismiss (doc. no.

---

[1] On September 27, 2011, Defendant filed a motion to dismiss for failure to state a claim or, alternatively, to transfer to the Eastern District of Texas. Doc. no. 9. On October 14, 2011, Plaintiff filed an amended complaint that mooted Defendant's motion to dismiss. Doc. no. 13. That same day, Plaintiff filed a response that acknowledged that Defendant's motion to dismiss was moot and argued against transfer to the Eastern District of Texas. Doc. no. 14. The Court scheduled an initial pretrial conference and a hearing on Defendant's motion (doc. no. 9) for November 18, 2011.

On October 31, 2011, Defendant filed a renewed motion to dismiss certain counts of Plaintiffs' Amended Complaint. Doc. no. 21. The Court now cancels the November 18 hearing to provide the parties an opportunity to respond pursuant to Delaware Local Rule 7.1.2(b). The parties shall respond to Defendant's renewed motion to dismiss according to the schedule provided above.

21), Defendant's motion to transfer to the Eastern District of Texas (doc. no. 9), and for an initial pretrial conference.[2]

       3. Plaintiffs shall respond to Defendant's renewed motion to dismiss certain counts of the Amended Complaint by **November 14, 2011.** Defendant shall reply by **November 21, 2011.**

       **AND IT IS SO ORDERED.**

                           S/Eduardo C. Robreno
                           **EDUARDO C. ROBRENO, J.**

---

[2] The parties shall abide by the procedures outlined in the Notice of October 21, 2011. Doc. no. 16.