```
                     IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF DELAWARE


ORACLE CORPORATION and          :        CIVIL ACTION
ORACLE AMERICA, INC.,           :
                                :
     Plaintiffs,                :
                                :
          v.                    :        NO. 11-679-ER
                                :
OASIS RESEARCH, LLC             :
                                :
     Defednant                  :
```

## ORDER

**AND NOW,** this **22nd** day of **November, 2011,** it is hereby **ORDERED** that the hearing scheduled for December 1, 2011 at 2:00 p.m. to consider Defendant's renewed motion to dismiss (#21) is **POSTPONED** pending reassignment of this matter to a District of Delaware Judge.

   **AND IT IS SO ORDERED.**


                                    s/ Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO,   J.**