IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORACLE CORPORATION and ORACLE AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 11-679 (RGA) |
| OASIS RESEARCH, LLC, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER
TO MODIFY THE SCHEDULING ORDER**

Plaintiffs Oracle Corporation and Oracle America, Inc. and Defendant Oasis
Research, LLC, subject to the approval of the Court, hereby stipulate and agree that
paragraph 3(b) and paragraph 7 of the Court's December 28, 2011 Scheduling Order (D.I. 46), as
modified (D.I. 62), shall be further modified as follows:

3(b).   Document Production.   Document production shall be substantially
complete by May 21, 2012.

7.   Claim Construction Issue Identification.   On or before May 7, 2012, the
parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction
and their proposed claim construction of those term(s)/phrase(s). This document will not be filed
with the Court. Subsequent to exchange that list, the parties will meet and confer by no later
than May 18, 2012 to prepare a Joint Claim Construction Chart to be filed no later than May 21,
2012.   The parties' Joint Claim Construction Chart should identify for the Court the
term(s)/phrase(s) of the claim(s) in issue, and should include each party's proposed construction
of the disputed claim language with citation(s) only to the intrinsic evidence in support of their
respective proposed constructions. A copy of the patent(s) in issue as well as those portions of
the intrinsic record relied upon shall be submitted with this Joint Claim Construction Chart. In

this joint submission, the parties shall not provide argument.

All other dates in the Scheduling Order, including those for the *Markman* briefing

and hearing, pretrial conference, and trial, shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com

OF COUNSEL:

Steven Cherny
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Mike W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071

Harper Batts
Roy Wang
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304

Peggy Bruggman
Robert Sloss
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065

*Attorneys for Oracle Corporation
and Oracle America, Inc*

April 25, 2012

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

OF COUNSEL:

Alan S. Kellman
Tamir Packin
Jason Berrebi
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

*Attorneys for Oasis Research, LLC*

SO ORDERED this 26th day of April , 2012.

Richard G. Andrews

UNITED STATES DISTRICT JUDGE

5882113

- 3 -