IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION and<br>ORACLE AMERICA, INC.,<br><br>    Plaintiffs,<br> v.<br><br>OASIS RESEARCH, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-679 (RGA)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim Defendants Oracle Corporation and Oracle America, Inc. and Defendant and Counterclaimant Oasis Research LLC hereby stipulate that the above-captioned action, including all claims, counterclaims, and defenses, is hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ Brian E. Farnan* |
| Mary B. Graham (#2256)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com<br><br>OF COUNSEL:<br><br>Steven Cherny<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Brian E. Farnan (#4089)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>OF COUNSEL:<br><br>Alan S. Kellman<br>Tamir Packin<br>Jason Berrebi<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br><br> *Attorneys for Oasis Research, LLC* |

Mike W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071

Harper Batts
Roy Wang
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304

Peggy Bruggman
Robert Sloss
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

*Attorneys for Oracle Corporation
and Oracle America, Inc*

June 7, 2012
5962744